[No. 14113-9-I.   Division One.   April 8, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. ARTHUR
EUGENE RATLIFF, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83-1-00848-1, Donald D. Haley, J., entered

December 15, 1983. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Corbett, C.J., and Webster, J.